# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Emanuel Glover,

    Plaintiff,　　　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　　　3:10-cv-205-GCM

Richard Neely,

    Defendant.

DECISION BY COURT.  This action having come before the Court by Complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 3, 2010 Order.

                              Signed: May 3, 2010

                              Frank G. Johns, Clerk
                              United States District Court